

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00442-CR

**TERRY LYNN NUNN,**

                                                              **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                              **Appellee**

### From the 264th District Court
### Bell County, Texas
### Trial Court No. 65,098

## MEMORANDUM  OPINION

Terry Lynn Nunn attempts to appeal from his conviction in a Bell County district court.  By letter dated December 20, 2012, the Clerk of this Court notified Nunn that the proceeding was subject to dismissal because this Court did not have jurisdiction of cases arising from Bell County.  TEX. R. APP. P. 44.3; TEX. GOV'T CODE ANN. § 22.201(k) (West Supp. 2012).  Further, the notice of appeal appeared to be very untimely.  TEX. R. APP. P. 26.2(a)(1).

Nunn was further warned that the Court would dismiss the appeal unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. Nunn filed a response but it does not show grounds for continuing the appeal.

This appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 24, 2013
Do not publish
[CRPM]